[Decided December 27, 1897.]

## WOODWARD *v.* OREGON RAILWAY AND NAVIGATION COMPANY.

(51 Pac. 450.)

ISSUING MANDATE—PAYMENT OF COSTS.— After an unreasonable delay in having a mandate issued to the lower court, upon reversal of its judgment, and in proceeding with a new trial, the respondent ought to pay the accrued costs on appeal before the mandate will issue: *Woodward* v. *Oregon Railway and Navigation Company*, 23 Or. 331, followed.

From Multnomah:

Motion by plaintiff for leave to take out a mandate without paying the costs and disbursements taxed to defendant on the appeal.

DENIED.

*Mr. Cicero M. Idleman,* for the motion.

*Mr. William W. Cotton, contra.*

PER CURIAM. This is a motion for leave to take out a mandate, without the payment of costs, in an action brought by the plaintiff against the defendant in 1888 to recover damages for an injury caused by the alleged negligence of the defendant, and reversed by this court on January 6, 1890 (18 Or. 289; 22 Pac. 1076), but in which the mandate was withheld until the further order for the court. The facts upon which the present motion is based are substantially the same

as those of a similar application in December, 1892, and there is, therefore, no reason why the order made at that time (23 Or. 331, 36 Pac. 571) should be now so modified as to permit the mandate to issue without the payment of costs. The motion is therefore denied.

                                                     DENIED.